Attachment 2 to Exhibit A

5385

ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212

Citizens State Bank
88-1299/1131

12/15/2021

PAY TO THE ORDER OF Tiffany Gibson $ **6,048.00

Six thousand forty-eight and 00/100**************************************** DOLLARS

Tiffany Gibson
404 Twin Oak Trail
Cedar Park , Tx 78613

1 Corinthians 13:13

AUTHORIZED SIGNATURE

MEMO

⑈005385⑈ ⑆113112995⑆ 20041988⑈

---

ALOMEGA HOME HEALTH CARE M/VA 5385

| | | | |
|---|---|---|---|
| 12/15/2021 | Tiffany Gibson | Coleman - 14 days x 12 hrs = 168 hrs @ 36.00/hr | 6,048.00 |

Cash:Home Health:Citizens - VA Account 6,048.00

ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212

Citizens State Bank
88-1299/1131

5433

01/01/2022

PAY TO THE ORDER OF Tiffany Gibson $ **5,616.00

Five thousand six hundred sixteen and 00/100****** DOLLARS

Tiffany Gibson
404 Twin Oak Trail
Cedar Park , Tx 78613

1 Corinthians 13:13

AUTHORIZED SIGNATURE

MEMO

⑈005433⑈ ⑆113112995⑆ 20041988⑈

ALOMEGA HOME HEALTH CARE M/VA 5433

| 01/01/2022 | Tiffany Gibson | Coleman - 13 days x 12 hrs = 156 @ 36.00/hr | 5,616.00 |
|---|---|---|---|
| Cash:Home Health:Citizens - VA Account | | | 5,616.00 |

ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212

Citizens State Bank
88-1299/1131

5457

01/15/2022

PAY TO THE ORDER OF Tiffany Gibson $ **6,048.00

Six thousand forty-eight and 00/100****** DOLLARS

Tiffany Gibson
404 Twin Oak Trail
Cedar Park , Tx 78613

1 Corinthians 13:13

AUTHORIZED SIGNATURE

MEMO

⑈005457⑈ ⑆113112995⑆ 20041988⑈

ALOMEGA HOME HEALTH CARE M/VA 5457

| 01/15/2022 | Tiffany Gibson | Coleman - 14 days x 12 hrs = 168 @ 36.00/hr | 6,048.00 |
|---|---|---|---|
| Cash:Home Health:Citizens - VA Account | | | 6,048.00 |

ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212

Citizens State Bank
88-1299/1131

5525

02/01/2022

PAY TO THE ORDER OF Tiffany Gibson $ **2,592.00

Two thousand five hundred ninety-two and 00/100**************** DOLLARS

Tiffany Gibson
404 Twin Oak Trail
Cedar Park , Tx 78613

1 Corinthians 13:13

AUTHORIZED SIGNATURE

MEMO

⑈005525⑈ ⑆113112995⑆ 20041988⑈

ALOMEGA HOME HEALTH CARE M/VA 5525

| 02/01/2022 | Tiffany Gibson | Coleman - 6 days x 12 hrs = 72 @ 36.00/hr | 2,592.00 |
|---|---|---|---|

Cash:Home Health:Citizens - VA Account 2,592.00

ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212

Citizens State Bank
88-1299/1131

5568

02/15/2022

PAY TO THE ORDER OF Tiffany Gibson $ **6,048.00

Six thousand forty-eight and 00/100**************** DOLLARS

Tiffany Gibson
404 Twin Oak Trail
Cedar Park , Tx 78613

1 Corinthians 13:13

AUTHORIZED SIGNATURE

MEMO

⑈005568⑈ ⑆113112995⑆ 20041988⑈

ALOMEGA HOME HEALTH CARE M/VA 5568

| 02/15/2022 | Tiffany Gibson | Coleman - 14 days x 12 hrs = 168 @ 36.00/hr | 6,048.00 |
|---|---|---|---|

Cash:Home Health:Citizens - VA Account 6,048.00

ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212

Citizens State Bank
88-1299/1131

5843

03/01/2022

PAY TO THE ORDER OF Tiffany Gibson $ **5,184.00

Five thousand one hundred eighty-four and 00/100****** DOLLARS

Tiffany Gibson
404 Twin Oak Trail
Cedar Park , Tx 78613

1 Corinthians 13:13

AUTHORIZED SIGNATURE

MEMO

⑈005843⑈ ⑆113112995⑆ 20041988⑈

ALOMEGA HOME HEALTH CARE M/VA 5843

03/01/2022 Tiffany Gibson

Coleman - 144@ 36.00/hr 5,184.00

Cash:Home Health:Citizens - VA Account 5,184.00

ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212

Citizens State Bank
88-1299/1131

5874

03/15/2022

PAY TO THE ORDER OF Tiffany Gibson $ **5,184.00

Five thousand one hundred eighty-four and 00/100****** DOLLARS

Tiffany Gibson
404 Twin Oak Trail
Cedar Park , Tx 78613

1 Corinthians 13:13

AUTHORIZED SIGNATURE

MEMO

⑈005874⑈ ⑆113112995⑆ 20041988⑈

ALOMEGA HOME HEALTH CARE M/VA 5874

03/15/2022 Tiffany Gibson

Coleman -36.00/hr 5,184.00

Cash:Home Health:Citizens - VA Account 5,184.00

5919
ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212
Citizens State Bank
88-1299/1131
04/01/2022
PAY TO THE ORDER OF Tiffany Gibson
$ **5,563.00
Five thousand five hundred sixty-three and 00/100
DOLLARS
Tiffany Gibson
404 Twin Oak Trail
Cedar Park , Tx 78613
1 Corinthians 13:13
MEMO
AUTHORIZED SIGNATURE
ALOMEGA HOME HEALTH CARE M/VA
5919
04/01/2022
Tiffany Gibson
Coleman -36.00/hr
Fed ex
5,591.00
-28.00
Cash:Home Health:Citizens - VA Account
5,563.00
5965
ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212
Citizens State Bank
88-1299/1131
04/15/2022
PAY TO THE ORDER OF Tiffany Gibson
$ **6,020.00
Six thousand twenty and 00/100
DOLLARS
Tiffany Gibson
404 Twin Oak Trail
Cedar Park , Tx 78613
1 Corinthians 13:13
MEMO
AUTHORIZED SIGNATURE
ALOMEGA HOME HEALTH CARE M/VA
5965
04/15/2022
Tiffany Gibson
Coleman -36.00/hr
Fed ex
6,048.00
-28.00
Cash:Home Health:Citizens - VA Account
6,020.00

5994

ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212

Citizens State Bank
88-1299/1131

05/01/2022

$ **5,156.00

PAY TO THE ORDER OF Tiffany Gibson

Five thousand one hundred fifty-six and 00/100****************************** DOLLARS

Tiffany Gibson
404 Twin Oak Trail
Cedar Park , Tx 78613

1 Corinthians 13:13

AUTHORIZED SIGNATURE

MEMO

⑈005994⑈ ⑆113112995⑆ 20041988⑈

ALOMEGA HOME HEALTH CARE M/VA 5994

05/01/2022 Tiffany Gibson

| | | |
|---|---|---|
| Coleman -36.00/hr | | 5,184.00 |
| Fed ex | | -28.00 |

Cash:Home Health:Citizens - VA Account 5,156.00

ALOMEGA HOME HEALTH CARE M/VA 6025

05/15/2022 Tiffany Gibson

| | | |
|---|---|---|
| Coleman -36.00/hr | | 3,024.00 |
| Fed ex | | -28.00 |

Cash:Home Health:Citizens - VA Account 2,996.00

ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212
Citizens State Bank
88-1299/1131
6063
06/01/2022
PAY TO THE ORDER OF Tiffany Gibson
Two thousand nine hundred ninety-six and 00/100
$**2,996.00
DOLLARS
Tiffany Gibson
404 Twin Oak Trail
Cedar Park , Tx 78613
1 Corinthians 13:13
MEMO
AUTHORIZED SIGNATURE
⑈006063⑈ ⑆113112995⑆ 20041988⑈
ALOMEGA HOME HEALTH CARE M/VA
06/01/2022
Tiffany Gibson
6063
Coleman -36.00/hr
Fed ex
3,024.00
-28.00
Cash:Home Health:Citizens - VA Account
2,996.00
ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212
Citizens State Bank
88-1299/1131
5804
09/15/2022
PAY TO THE ORDER OF Tiffany Gibson
Two thousand two hundred eighty-two and 00/100
$ **2,282.00
DOLLARS
Tiffany Gibson
404 Twin Oak Trail
Cedar Park , Tx 78613
MEMO
AUTHORIZED SIGNATURE
⑈005804⑈ ⑆113112995⑆ 20041988⑈
ALOMEGA HOME HEALTH CARE M/VA
09/15/2022
Tiffany Gibson
5804
Coleman -36.00/hr
Fed ex
2,310.00
-28.00
Cash:Home Health:Citizens - VA Account
2,282.00

6118
ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212
Citizens State Bank
88-1299/1131
06/15/2022
PAY TO THE ORDER OF Tiffany Gibson
$ **206.00
Two hundred six and 00/100
DOLLARS
Tiffany Gibson
404 Twin Oak Trail
Cedar Park , Tx 78613
1 Corinthians 13:13
AUTHORIZED SIGNATURE
MEMO
ALOMEGA HOME HEALTH CARE M/VA
10/15/2022 Tiffany Gibson
6251
Coleman -36.00/hr 3,024.00
Fed ex 30.00
Cash:Home Health:Citizens - VA Account
3,054.00
6251
ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212
Citizens State Bank
88-1299/1131
10/15/2022
PAY TO THE ORDER OF Tiffany Gibson
$ **3,054.00
Three thousand fifty-four and 00/100
DOLLARS
Tiffany Davis
404 Twin Oak Trail
Cedar Park , Tx 78613
1 Corinthians 13:13
AUTHORIZED SIGNATURE
MEMO
ALOMEGA HOME HEALTH CARE M/VA
06/15/2022 Tiffany Gibson
6118
Coleman -36.00/hr 234.00
Fed ex -28.00
Cash:Home Health:Citizens - VA Account
206.00

ALOMEGA HOME HEALTH CARE M/VA
10/01/2022
Tiffany Gibson
6204
Coleman -36.00/hr
Fed ex
3,888.00
-28.00
Cash:Home Health:Citizens - VA Account
3,860.00
ALOMEGA HOME HEALTHCARE- M/VA
ROMANS 12:2
P. O. BOX 11304
COLLEGE STATION, TEXAS 77845
832-512-9212
Citizens State Bank
88-1299/1131
6292
11/01/2022
PAY TO THE ORDER OF Tiffany Gibson
$ **462.00
Four hundred sixty-two and 00/100
DOLLARS
Tiffany Davis
404 Twin Oak Trail
Cedar Park , Tx 78613
1 Corinthians 13:13
MEMO
AUTHORIZED SIGNATURE
ALOMEGA HOME HEALTH CARE M/VA
11/01/2022
Tiffany Gibson
6292
Coleman -36.00/hr
Fed ex
432.00
30.00
Cash:Home Health:Citizens - VA Account
462.00

9:48

Tiffany Gibson.pdf

2/7/23, 11:09 AM Search

# Search for ALOMEGA HOME HEALTH CARE LLC

## Results for All Transactions

| Date | Type | No. | Contact | Amount | Last Modified Date |
|---|---|---|---|---|---|
| 11/01/2022 | Check | 6292 | Tiffany Gibson | $462.00 | 10/31/2022, 01:04 PM |
| 10/15/2022 | Check | 6251 | Tiffany Gibson | $3,054.00 | 10/13/2022, 01:33 PM |
| 10/01/2022 | Check | 6204 | Tiffany Gibson | $3,860.00 | 09/29/2022, 02:39 PM |
| 09/15/2022 | Check | 5804 | Tiffany Gibson | $2,282.00 | 09/14/2022, 02:08 PM |
| 06/15/2022 | Check | 6118 | Tiffany Gibson | $206.00 | 06/14/2022, 02:13 PM |
| 06/01/2022 | Check | 6063 | Tiffany Gibson | $2,996.00 | 05/31/2022, 04:11 PM |
| 05/15/2022 | Check | 6025 | Tiffany Gibson | $2,996.00 | 05/12/2022, 01:58 PM |
| 05/01/2022 | Check | 5994 | Tiffany Gibson | $5,156.00 | 04/25/2022, 02:21 PM |
| 04/15/2022 | Check | 5953 | Tiffany Gibson | $6,020.00 | 04/14/2022, 11:41 AM |
| 04/15/2022 | Check | 5965 | Tiffany Gibson | $6,020.00 | 04/14/2022, 12:25 PM |
| 04/01/2022 | Check | 5919 | Tiffany Gibson | $5,563.00 | 03/31/2022, 12:14 PM |
| 03/15/2022 | Check | 5874 | Tiffany Gibson | $5,184.00 | 03/14/2022, 02:18 PM |
| 03/01/2022 | Check | 5843 | Tiffany Gibson | $5,184.00 | 02/28/2022, 01:47 PM |
| 02/15/2022 | Check | 5568 | Tiffany Gibson | $6,048.00 | 02/14/2022, 12:12 PM |
| 02/01/2022 | Check | 5525 | Tiffany Gibson | $2,592.00 | 01/31/2022, 01:19 PM |
| 01/15/2022 | Check | 5457 | Tiffany Gibson | $6,048.00 | 01/12/2022, 04:45 PM |
| 01/01/2022 | Check | 5433 | Tiffany Gibson | $5,616.00 | 12/30/2021, 12:12 PM |
| 12/15/2021 | Check | 5385 | Tiffany Gibson | $6,048.00 | 12/14/2021, 12:20 PM |
| 12/01/2021 | Check | 5337 | Tiffany Gibson | $5,616.00 | 12/01/2021, 11:19 AM |
| 12/01/2021 | Check | 5325 | Tiffany Gibson | $0.00 | 12/01/2021, 11:32 AM |
| 11/15/2021 | Check | 5276 | Tiffany Gibson | $420.00 | 11/11/2021, 01:14 PM |

about:blank 1/1