Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **TIFFANY DAVIS,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 1:23-cv-131-RP |
| **ALOMEGA HOME HEALTH CARE, LLC AND ALVERNA MCCULLOUGH, INDIVIDUALLY,** | § § § § § | |
| **Defendants.** | § | |

**DECLARATION OF SHUKRI ROBINSON**

I, Shukri Robinson, declare as follows:

1. My name is Shukri Robinson. I am over the age of eighteen years, and competent to make this declaration. I make this declaration pursuant to the provisions of 28 U.S.C. Sec.1746.

2. I make this declaration based upon personal knowledge and, if sworn as a witness, could and would testify competently to the facts contained herein.

3. I am a Licensed Vocational Nurse ("LVN) and former home health nurse of Alomega Home Health Care, LLC and Alverna McCullough ("Defendants"). I worked full time for Defendants from approximately October 16, 2022 through January 16, 2023.

4. During this period of time, which is 13 weeks, I would typically work 12 hours per day, Monday through Friday, or 60 hours per week. At all times I was paid $35.00 an hour for all hours worked.

5. 20 hours of overtime worked per week multiplied by 13 weeks multiplied by one half of my hourly rate ($17.50) that represents the overtime premium I should have been paid comes to $4,550 in actual damages, which, when doubled to account for liquidated damages, comes to $9,100.00.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09 / 14 / 2023 .

_____
Shukri Robinson