## Attachment 1 to Exhibit D

Davis, Tiffany Fees and Costs as of 2023-10-16

| Date | Hours | Description | Rate ($) | Billable ($) | User | Expense category |
|---|---|---|---|---|---|---|
| 02/07/2023 | 0.4 | Initial Conference with client re: facts of case | $600.00 | $240.00 | Douglas Welmaker | |
| 02/09/2023 | 1.9 | Prepare Original Complaint and all associated opening documents | $600.00 | $1,140.00 | Douglas Welmaker | |
| 02/09/2023 | 0.5 | Multiple conferences with client about facts of case, review client documents. | $600.00 | $300.00 | Douglas Welmaker | |
| 03/29/2023 | 0.4 | Review file to determine if Answer has been filed; review return of service on Alomega signed by Defendant McCullough; request default against Alomega | $600.00 | $240.00 | Douglas Welmaker | |
| 04/04/2023 | 1.3 | Review client docs, prepare damages spreadsheet | $600.00 | $780.00 | Douglas Welmaker | |
| 04/04/2023 | 0.7 | Continue preparing damages spreadsheet | $600.00 | $420.00 | Douglas Welmaker | |
| 04/26/2023 | 3.1 | Prepare Davis Declaration and damages spreadsheet, forward to client for review; begin preparing motion for default judgment | $600.00 | $1,860.00 | Douglas Welmaker | |
| 04/27/2023 | 2.1 | Continue preparing motion for default judgment; prepare order on same | $600.00 | $1,260.00 | Douglas Welmaker | |
| 05/18/2023 | 0.7 | Initial Consult with S. Robinson, discussion of facts of case | $600.00 | $420.00 | Douglas Welmaker | |
| 05/18/2023 | 0.9 | Initial Consult with Crystal Lewis, discussion of facts of case | $600.00 | $540.00 | Douglas Welmaker | |
| 05/19/2023 | 0.1 | Review email containing pay information | $600.00 | $60.00 | Douglas Welmaker | |
| 05/29/2023 | 0.6 | Prepare First Amended Complaint | $600.00 | $360.00 | Douglas Welmaker | |
| 10/16/2023 | 1 | Prepare First Amended default judgment | $600.00 | $600.00 | Douglas Welmaker | |
| | | | Total | $8,220.00 | | |

| Date | Hours | Description | Rate ($) | Billable ($) | User | Expense category |
|---|---|---|---|---|---|---|
| 02/09/2023 | 1 | Filing Fee | $402.00 | $402.00 | Douglas Welmaker | Filing Fees |
| 03/08/2023 | 1 | Service of Process | $89.87 | $89.87 | Douglas Welmaker | Service of Process |
| 05/15/2023 | 1 | Postage for default judgment for both regular mail and certified mail | $16.28 | $16.28 | Douglas Welmaker | Postage |
| 07/31/2023 | 1 | Service on both individual and entity after amended complaint filed | $182.22 | $182.22 | Douglas Welmaker | Service of Process |
| | | | Total | $690.37 | | |