IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TIFFANY DAVIS, SHUKRI ROBINSON AND CRYSTAL LEWIS, § § § | |
| Plaintiffs, § § | Case No. 1:23-cv-131-RP |
| v. § § | |
| ALOMEGA HOME HEALTH CARE, LLC AND ALVERNA MCCULLOUGH, INDIVIDUALLY, § § § | |
| Defendants. | |

**PLAINTIFFS' REQUEST FOR STATUS CONFERENCE**

Plaintiffs Tiffany Davis, Shukri Robinson and Crystal Lewis request a status conference with the Court to determine what additional information or documents, if any, are necessary to supplement Plaintiffs' Motion for Default Judgment.

Respectfully submitted,

WELMAKER LAW, PLLC

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing First Amended Motion for Default Judgment has been served on Defendants Alomega Health Care, LLC and Alverna McCullough on March 13, 2024 via the following method at the address below:

Via Certified Mail and Regular Mail

Alomega Home Health Care, LLC
C/O Ms. Alverna McCullough
41154 Cedar Creek Road
Hempstead Texas 77445

Ms. Alverna McCullough
41154 Cedar Creek Road
Hempstead Texas 77445

    /s/ Douglas B. Welmaker
    Douglas B. Welmaker