# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

TIFFANY DAVIS, SHUKRI
ROBINSON, and CRYSTAL LEWIS,
    *Plaintiffs*

v.

ALOMEGA HOME HEALTH CARE,
LLC, and ALVERNA MCCULLOUGH,
    *Defendants*

§
§
§
§
§
§
§
§
§
§

**Case No. 1:23-cv-00131-RP**

## ORDER

Now before the Court is Plaintiff's Request for Status Conference, filed March 13, 2024. Dkt. 19. In the Notice, Plaintiffs request a status conference "to determine what additional information or documents, if any, are necessary to supplement Plaintiffs' Motion for Default Judgment." *Id.*

The Court is aware that Plaintiffs' Motion for Default Judgment (Dkt. 18) is pending, and it will be addressed in due course. No supplementation is requested from Plaintiffs at this time.

**SIGNED** on March 15, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE