AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

__Western District of Texas__

| | |
|---|---|
| Tiffany Davis<br><br>*Plaintiff(s)*<br>v.<br>Alomega Home Health Care, LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   CA: 1:23-cv-131-RP<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant Alverna McCullough
41154 Cedar Creek Road
Hempstead Texas 77445

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Douglas B. Welmaker
Welmaker Law PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RETURN ATTACHED**

PHILIP J. DEVLIN
*CLERK OF COURT*

Date: 05/24/2023

*Signature of Clerk or Deputy Clerk*

Came to hand on 05-16-2024 @ 12:32 P.M.

**Service Fee $ 261.00**

**DRLS**
516 West Annie St.
Austin, Texas 78704
3982

UNITED STATES DISTRICT COURT
for the Western District of Texas
Austin Division

| | | |
|---|---|---|
| TIFFANY DAVIS, SHUKRI ROBINSON AND CRYSTAL LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>ALOMEGA HOME HEALTH CARE, LLC AND ALVERNA MCCULLOUGH,<br><br>Defendants. | § § § § § § § § § § § § § | Civil Action<br><br><br><br>1:23-cv-131-RP<br><br><br><br><br><br>**PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Luke S. Purcell, to me well known, after being duly sworn, did depose and say:

"My name is Luke S. Purcell. I am a private process server over eighteen (18) years of age and not a party to this case. I am personally acquainted with the facts stated herein and they are true and correct. I am certified to serve Texas Civil Court process by the JBCC, Certification No. PSC10861 exp. 04/30/2026; and, I am a person authorized by Rule 103, TRCP.

Came to hand on the 16th day of May 2024, at 12:32 p.m., Summons in a Civil Action, with Plaintiffs' First Amended Complaint attached, for service on ALVERNA MCCULLOUGH, Defendant.

Summons in a Civil Action, with Plaintiffs' First Amended Complaint attached, for service on ALVERNA MCCULLOUGH, Defendant, was made by me, on the 17th day of May 2024, at 4:45 p.m., by delivering in person to ALVERNA MCCULLOUGH, at 4060 State Highway 6, College Station, Texas 77845.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name: Luke S. Purcell

_____
Signature of non-party adult - DRLS
516 W. Annie Street, Austin, Texas 78704
re: 3982/Welmaker

STATE OF TEXAS

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on the 20th day of May 2024.

_____
NOTARY PUBLIC in and for the State of TEXAS
[Form Pursuant To FRCP 4(l)(1)]

[Notary Seal: JAMIE ANDRUS SCANLIN, NOTARY PUBLIC, STATE OF TEXAS, ID 125678408, EXP. 05-22-2026]