# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

Tiffany Davis, Shukr Robinson and
Crystal Lewis,

*Plaintiffs*

vs.                                                                                      Civil Action No. 1:23-cv-0131-RP

Alomega Home Health Care, LLC and
Alverna McCullough

*Defendants*

## CLERK'S ENTRY OF DEFAULT

    IT APPEARING from the records of the above-entitled action that service of the complaint has been made upon the defendant **ALVERNA MCCULLOUGH** and it further appearing from the Plaintiff's motion that said Defendant has failed to plead, respond, or otherwise defend in said action as directed.

    NOW, THEREFORE, on Plaintiff's request, this the 12th day of June 2024, DEFAULT is hereby entered against defendant **ALVERNA MCCULLOUGH.**

Philip Devlin, CLERK
U.S. DISTRICT COURT
By: _Christina Cordero_
Deputy Clerk