Attachment 1 to Exhibit A

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Paycheck Date | Check | Amount | Additions/Subtractions to Pay | Hours Only Pay | Hours Worked Total (Column E divided by $36 an hour) | Hours Worked Per week in 2 week period | OT Hours Per Every Two Weeks | OT Owed (OT hours x $18) | Notes on Checks |
| 11/1/22 | 6292 | $462.00 | $30.00 | $432.00 | 12.00 | 6.00 | 0.00 | | |
| 10/15/22 | 6251 | $3,054.00 | $30.00 | $3,024.00 | 84.00 | 42.00 | 4.00 | $72.00 | |
| 10/1/22 | 6204 | $3,860.00 | -$28.00 | $3,888.00 | 108.00 | 54.00 | 28.00 | $504.00 | |
| 9/15/22 | 5804 | $2,282.00 | -$28.00 | $2,310.00 | 64.17 | 32.08 | 0.00 | $0.00 | |
| 6/15/22 | 6118 | $206.00 | -$28.00 | $234.00 | 6.50 | 3.25 | 0.00 | $0.00 | |
| 6/1/22 | 6063 | $2,996.00 | -$28.00 | $3,024.00 | 84.00 | 42.00 | 4.00 | $72.00 | |
| 5/15/22 | 6025 | $2,996.00 | -$28.00 | $3,024.00 | 84.00 | 42.00 | 4.00 | $72.00 | |
| 5/1/22 | 5994 | $5,156.00 | -$28.00 | $5,184.00 | 144.00 | 72.00 | 64.00 | $1,152.00 | |
| 4/15/22 | 5965 | $6,020.00 | -$28.00 | $6,048.00 | 168.00 | 84.00 | 88.00 | $1,584.00 | |
| 4/1/22 | 5919 | $5,563.00 | -$28.00 | $5,591.00 | 155.31 | 77.65 | 75.31 | $1,355.50 | |
| 3/15/22 | 5874 | $5,184.00 | $0.00 | $5,184.00 | 144.00 | 72.00 | 64.00 | $1,152.00 | |
| 3/1/22 | 5843 | $5,184.00 | $0.00 | $5,184.00 | 144.00 | 72.00 | 64.00 | $1,152.00 | |
| 2/15/22 | 5568 | $6,048.00 | $0.00 | $6,048.00 | 168.00 | 84.00 | 88.00 | $1,584.00 | "14 days x 12 hrs=168 @36/hr" |
| 2/1/22 | 5525 | $2,592.00 | $0.00 | $2,592.00 | 72.00 | 72.00 | 32.00 | $576.00 | "6 days x 12 hrs=72@36/hr" |
| 1/15/22 | 5457 | $6,048.00 | $0.00 | $6,048.00 | 168.00 | 84.00 | 88.00 | $1,584.00 | "14 days x 12 hrs=168 @36/hr" |
| 1/1/22 | 5433 | $5,616.00 | $0.00 | $5,616.00 | 156.00 | 78.00 | 76.00 | $1,368.00 | "13 days x 12 hrs=156@36/hr" |
| 12/15/21 | 5385 | $6,048.00 | $0.00 | $6,048.00 | 168.00 | 84.00 | 88.00 | $1,584.00 | "14 days x 12 hrs=168 @36/hr" |
| 12/1/21 | 5337 | $5,616.00 | $0.00 | $5,616.00 | 156.00 | 78.00 | 76.00 | $1,368.00 | |
| | | | | | | | | Actual Damages | $15,179.50 |
| | | | | | | | | Liquidated | $30,359.00 |