Attachment 2 to Exhibit A





**Check 5433** — 01/01/2022 — Pay to Tiffany Gibson — $**5,616.00
Five thousand six hundred sixteen and 00/100
ALOMEGA HOME HEALTHCARE- M/VA, ROMANS 12:2, P.O. BOX 11304, COLLEGE STATION, TEXAS 77845, 832-512-9212
Tiffany Gibson, 404 Twin Oak Trail, Cedar Park, Tx 78613
1 Corinthians 13:13

ALOMEGA HOME HEALTH CARE M/VA — 5433
01/01/2022  Tiffany Gibson   Coleman - 13 days x 12 hrs = 156 @ 36.00/hr   5,616.00
Cash:Home Health:Citizens - VA Account   5,616.00

**Check 5457** — 01/15/2022 — Pay to Tiffany Gibson — $**6,048.00
Six thousand forty-eight and 00/100

ALOMEGA HOME HEALTH CARE M/VA — 5457
01/15/2022  Tiffany Gibson   Coleman - 14 days x 12 hrs = 168 @ 36.00/hr   6,048.00
Cash:Home Health:Citizens - VA Account   6,048.00







Check #5919 — 04/01/2022 — Pay to Tiffany Gibson — $**5,563.00 — Five thousand five hundred sixty-three and 00/100 — ALOMEGA HOME HEALTHCARE- M/VA, P.O. Box 11304, College Station, Texas 77845, 832-512-9212 — Citizens State Bank — 1 Corinthians 13:13

Stub #5919 — 04/01/2022 — Tiffany Gibson — Coleman -36.00/hr  5,591.00 — Fed ex  -28.00 — Cash:Home Health:Citizens - VA Account  5,563.00

Check #5965 — 04/15/2022 — Pay to Tiffany Gibson — $**6,020.00 — Six thousand twenty and 00/100

Stub #5965 — 04/15/2022 — Tiffany Gibson — Coleman -36.00/hr  6,048.00 — Fed ex  -28.00 — Cash:Home Health:Citizens - VA Account  6,020.00











2/7/23, 11:09 AM                  Search

# Search for ALOMEGA HOME HEALTH CARE LLC

## Results for All Transactions

| Date | Type | No. | Contact | Amount | Last Modified Date |
|---|---|---|---|---|---|
| 11/01/2022 | Check | 6292 | Tiffany Gibson | $462.00 | 10/31/2022, 01:04 PM |
| 10/15/2022 | Check | 6251 | Tiffany Gibson | $3,054.00 | 10/13/2022, 01:33 PM |
| 10/01/2022 | Check | 6204 | Tiffany Gibson | $3,860.00 | 09/29/2022, 02:39 PM |
| 09/15/2022 | Check | 5804 | Tiffany Gibson | $2,282.00 | 09/14/2022, 02:08 PM |
| 06/15/2022 | Check | 6118 | Tiffany Gibson | $206.00 | 06/14/2022, 02:13 PM |
| 06/01/2022 | Check | 6063 | Tiffany Gibson | $2,996.00 | 05/31/2022, 04:11 PM |
| 05/15/2022 | Check | 6025 | Tiffany Gibson | $2,996.00 | 05/12/2022, 01:58 PM |
| 05/01/2022 | Check | 5994 | Tiffany Gibson | $5,156.00 | 04/25/2022, 02:21 PM |
| 04/15/2022 | Check | 5953 | Tiffany Gibson | $6,020.00 | 04/14/2022, 11:41 AM |
| 04/15/2022 | Check | 5965 | Tiffany Gibson | $6,020.00 | 04/14/2022, 12:25 PM |
| 04/01/2022 | Check | 5919 | Tiffany Gibson | $5,563.00 | 03/31/2022, 12:14 PM |
| 03/15/2022 | Check | 5874 | Tiffany Gibson | $5,184.00 | 03/14/2022, 02:18 PM |
| 03/01/2022 | Check | 5843 | Tiffany Gibson | $5,184.00 | 02/28/2022, 01:47 PM |
| 02/15/2022 | Check | 5568 | Tiffany Gibson | $6,048.00 | 02/14/2022, 12:12 PM |
| 02/01/2022 | Check | 5525 | Tiffany Gibson | $2,592.00 | 01/31/2022, 01:19 PM |
| 01/15/2022 | Check | 5457 | Tiffany Gibson | $6,048.00 | 01/12/2022, 04:45 PM |
| 01/01/2022 | Check | 5433 | Tiffany Gibson | $5,616.00 | 12/30/2021, 12:12 PM |
| 12/15/2021 | Check | 5385 | Tiffany Gibson | $6,048.00 | 12/14/2021, 12:20 PM |
| 12/01/2021 | Check | 5337 | Tiffany Gibson | $5,616.00 | 12/01/2021, 11:19 AM |
| 12/01/2021 | Check | 5325 | Tiffany Gibson | $0.00 | 12/01/2021, 11:32 AM |
| 11/15/2021 | Check | 5276 | Tiffany Gibson | $420.00 | 11/11/2021, 01:14 PM |