Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **TIFFANY DAVIS,** § § § **Plaintiff,** § § **v.** § § **ALOMEGA HOME HEALTH CARE,** § **LLC AND ALVERNA MCCULLOUGH,** § **INDIVIDUALLY,** § § **Defendants.** § | Case No. 1:23-cv-131-RP |

**DECLARATION OF CRYSTAL LEWIS**

I, Crystal Lewis, declare as follows:

1. My name is Crystal Lewis. I am over the age of eighteen years, and competent to make this declaration. I make this declaration pursuant to the provisions of 28 U.S.C. Sec.1746.

2. I make this declaration based upon personal knowledge and, if sworn as a witness, could and would testify competently to the facts contained herein.

3. I am a Licensed Vocational Nurse ("LVN) and former home health nurse of Alomega Home Health Care, LLC and Alverna McCullough ("Defendants"). I worked full time for Defendants from approximately March 1, 2022 through July 1, 2023.

4. During this period of time, which is 69 weeks, I would typically work 12 hours per day, Tuesday through Friday, or 48 hours per week, although at times I worked more. At all times I was paid $35.00 an hour for all hours worked.

5. 8 hours of overtime worked per week multiplied by 69 weeks multiplied by one half of my hourly rate ($17.50) that represents the overtime premium I should have been paid comes to $9,660 in actual damages, which, when doubled to account for liquidated damages, comes to $19,320.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2023.

_____
Crystal Lewis