Delete | Archive | Report | Reply | Reply all | Forward | Read / Unread

**Activity in Case 1:23-cv-00131 Davis v. McCullough et al Complaint**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court [LIVE]**

**Western District of Texas**

**Notice of Electronic Filing**

The following transaction was entered by Welmaker, Douglas on 2/9/2023 at 10:40 AM CST and filed on 2/9/2023

**Case Name:** Davis v. McCullough et al
**Case Number:** [1:23-cv-00131](#)
**Filer:** Tiffany Davis
**Document Number:** [1](#)

**Docket Text:**
**COMPLAINT ( Filing fee $ 402 receipt number ATXWDC-17064028), filed by Tiffany Davis. (Attachments: # (1) Civil Cover Sheet)(Welmaker, Douglas)**

**1:23-cv-00131 Notice has been electronically mailed to:**

Douglas B. Welmaker     doug@welmakerlaw.com, 6044243420@filings.docketbird.com, welmaker@me.com

**1:23-cv-00131 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=2/9/2023] [FileNumber=28032161-0
] [21099698ff2520cf18f54543d345e5621c74c25ec874c2bf8d1e6ce30ce40a9cb92
d43a3f6dd2e283d473d02b795fa7421028351c2358f4f05b812f6a0be4ed1]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=2/9/2023] [FileNumber=28032161-1
] [5e5088e82562d35e612608bd42c21e78fdc34571cc127f47a4d7b7b508492a47111

*Direct Results Legal Service*

516 West Annie, Austin, TX  78704
(512) 447-2300 Fax (512) 447-3303
**Since 1988**

Invoice#   2230
Billed 02-23-23

Welmaker Law, PLLC
409 N. Fredonia St., Suite 118
Longview, Texas 75601          Attn:  Doug

(512) 799-2048

Process Service          File#

re:  1:23-CV-131-RP; Tiffany Davis v Alomega Home Health Care, LLC; USDC

| service type: | summons & complaint | |
|---|---|---|
| service on | Alomega Home Health Care, LLC | 75.00 |
| certified postage | | 8.37 |
| fax/email | service, court, & return documents produced | 11.20 |
| | Due Upon Receipt    Total | $  89.87 |

Accounts Payable… <u>Invoice Is Due Upon Receipt.</u>
Please note our invoice # on your check and mail TODAY.

*Thank You!  We Appreciate Your Business!*                    1-800-205-3007

directresultslegal@yahoo.com

# Direct Results Legal Service

516 West Annie, Austin, TX  78704
(512) 447-2300
**Since 1988**

Invoice#   2732
Billed 07-11-23

Welmaker Law, PLLC
409 N. Fredonia St., Suite 118
Longview, Texas 75601        Attn:  Doug ☺

(512) 799-2048

Process Service        File#

re:  CA 1:23-cv-131 RP; Tiffany Davis v Alomega Home Health Care, LLC, et al; USDC

| | | |
|---|---|---:|
| service type: | summons & complaint | |
| service on | Alomega Home Health Care, LLC | 78.00 |
| | Alverna McCullough | 78.00 |
| certified postage | 2 x 8.61 | 17.22 |
| fax/email | service, court, & return documents produced | 9.00 |
| | Due Upon Receipt    Total | $ 182.22 |

Accounts Payable… Invoice Is Due Upon Receipt.
Please note our invoice # on your check and mail TODAY.

*Thank You!*                                                                                          1-800-205-3007

*We Appreciate Your Business!*                                               directresultslegal@yahoo.com