Exhibit E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **TIFFANY DAVIS,** § § | |
| **Plaintiff,** § § | |
| v. § § | Case No. 1:23-cv-131-RP |
| **ALOMEGA HOME HEALTH CARE, LLC AND ALVERNA MCCULLOUGH, INDIVIDUALLY,** § § § § § | |
| **Alomega.** | |

### DECLARATION OF DOUGLAS B. WELMAKER REGARDING MILITARY SERVICE

1. "My name is Douglas B. Welmaker. I have personal knowledge of the matters contained in this affidavit and all such matters are true and correct. I am lead counsel for Plaintiff Tiffany Davis in this matter. I am over the age of eighteen years, and competent to make this declaration. I make this declaration pursuant to the provisions of 28 U.S.C. Sec.1746.

2. Defendant Alomega Home Health Care, LLC is not in the military to the best of the undersigned's knowledge, due to the following reasons:

    a.  Defendant Alomega Home Health Care, LLC is a Limited Liability Company, not an individual.

3. Defendant Alverna McCullough is not in the military to the best of the undersigned's knowledge, due to the following reasons:

    a.  The U.S. Department of Defense Manpower Data Center confirms that Alverna McCullough is not currently on active duty (see Attachment 1 to this Declaration, a Military Status Report pursuant to the Servicemember's Civil Relief Act on Alverna McCullough).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Signed the 13th day of June, 2024.

_____
**Douglas B. Welmaker**