IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **TIFFANY DAVIS, SHUKRI ROBINSON AND CRYSTAL LEWIS,** § § § | |
| **Plaintiffs,** § | |
| § | Case No. 1:23-cv-131-RP |
| **v.** § § | |
| **ALOMEGA HOME HEALTH CARE, LLC AND ALVERNA MCCULLOUGH, INDIVIDUALLY,** § § § | |
| **Defendants.** | |

## FINAL DEFAULT JUDGEMENT

The Court has considered the Second Amended Motion for Default Judgment filed by Plaintiffs Tiffany Davis, Shukri Robinson, and Crystal Lewis against Defendants Alomega Home Health Care, LLC and Alverna McCullough.

After considering the Motion, the Declarations, and other evidence on file, the Court GRANTS the Second Amended Motion for Default Judgment and renders judgment as follows:

A final judgment in favor of Plaintiff Tiffany Davis against Defendants Alomega Home Health Care, LLC and Alverna McCullough, jointly and severally, as follows:

- $15,179.50 in unpaid wages for Tiffany Davis;

- $15,179.50 in liquidated damages for Tiffany Davis;

A final judgment in favor of Plaintiff Shukri Robinson against Defendants Alomega Home Health Care, LLC and Alverna McCullough, jointly and severally, as follows:

- $4,550.00 in unpaid wages for Shukri Robinson;

- $4,550.00 in liquidated damages for Shukri Robinson;

A final judgment in favor of Plaintiff Crystal Lewis against Defendants Alomega Home Health Care, LLC and Alverna McCullough, jointly and severally, as follows:

- $9,660.00 in unpaid wages for Crystal Lewis;
- $9,660.00 in liquidated damages for Crystal Lewis;

A final judgment in favor of Plaintiffs' attorney Douglas B. Welmaker of $6,420.00 for reasonable and necessary attorney's fees and $690.37 for court costs.

Additionally, this Court retains jurisdiction over enforcing this judgment and any future attorney's fees and costs incurred by Plaintiffs, including fees and costs that may be incurred defending an appeal and collecting this final judgment.

SIGNED on _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE**