**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

ALOMEGA HOME HEALTH CARE, LLC
C/O REGISTERED AGENT
ALVERNA MCCULLOUGH
41154 CEDAR CREEK ROAD
HEMPSTEAD, TEXAS 77445
1:23-CV-131-RP

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 1220 3635 22
9589 0710 5270 1220 3635 22

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |

1. Article Addressed to:

ALOMEGA HOME HEALTH CARE, LLC
C/O REGISTERED AGENT
ALVERNA MCCULLOUGH
41154 CEDAR CREEK ROAD
HEMPSTEAD, TEXAS 77445
1:23-CV-131-RP

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

9590 9402 8990 4064 4035 15

3. Service Type
☐ Adult Signature
☑ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
9589 0710 5270 1220 3635 21

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8990 4064 4035 15

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, U S. District Court
501 W 5th Street, Suite 1100
Austin, Texas 78701

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
501 W. 5TH STREET, SUITE 1100
AUSTIN, TEXAS 78701

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE: $300

ALOMEGA HOME HEALTH CARE, LLC
C/O REGISTERED AGENT
ALVERNA MCCULLOUGH
41154 CEDAR CREEK ROAD
HEMPSTEAD, TEXAS 77445
1:23-CV-131-RP

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
501 W. 5TH STREET, SUITE 1100
AUSTIN, TEXAS 78701

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE: $300

ALOMEGA HOME HEALTH CARE, LLC
C/O REGISTERED AGENT
ALVERNA MCCULLOUGH
41154 CEDAR CREEK ROAD
HEMPSTEAD, TEXAS 77445
1:23-CV-131-RP