**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

ALVERNA MCCULLOUGH
4060 STATE HIGHWAY 6
COLLEGE STATION, TEXAS 77845
1:23-CV-131-RP

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No



9590 9402 8990 4064 4035 08

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

9589 0710 5270 1220 3635 38

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



Case 1:23-cv-00131-RP   Document 29   Filed 09/16/24   Page 2 of 4

HOUSTON TX RPDC 713
11 SEP 2024 PM 3 L

9590 9402 8990 0064 4035 08

SCREENED BY CSO
SEP 16 2024

United States Postal Service

RECEIVED
SEP 16 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, U S. District Court
501 W 5th Street, Suite 1100
Austin, Texas 78701

DEPUTY CLERK

**FILED**
September 16, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: Christian Rodriguez
DEPUTY

ALERT: TROPICAL STORM GORDON, FLOODING, AND SEVERE WEATHER IN THE SOUTHEAS…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701220363538

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:32 pm on September 11, 2024 in COLLEGE STATION, TX 77845.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Left with Individual**

COLLEGE STATION, TX 77845
September 11, 2024, 12:32 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs