IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TIFFANY DAVIS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:23-CV-131-RP |
| ALOMEGA HOME HEALTH CARE, LLC, et al., | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the above-entitled cause of action. On this day, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Plaintiffs Tiffany Davis, Shukri Robinson, and Crystal Lewis's ("Plaintiffs") Second Motion for a Default Judgment, (Dkt. 25), as to Defendants Alomega Home Health Care LLC and Alverna McCullough. The Court's order granted Plaintiffs' motion for default judgment. (Dkt. 30). Nothing remains to resolve in this case. Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58. The Court awards Plaintiffs $6,420 in attorneys' fees and $402 in costs and, pursuant to 29 U.S.C. § 216(b):

1. $15,179.50 in unpaid overtime compensation and $15,179.50 in liquidated damages to Tiffany Davis;

2. $4,550 in unpaid overtime compensation and $4,550 in liquidated damages to Shukri Robinson; and

3. $9,660 in unpaid overtime compensation and $9,660 in liquidated damages to Crystal Lewis.

**IT IS ORDERED** that this case is now **CLOSED.**

**SIGNED** on September 23, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE